UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Faith S. Hochberg |
| v. | : | Crim. No. 09-726 (FSH) |
| GEORGE HOOKER | : | <u>MODIFICATION ORDER</u> |

     This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Randall H. Cook, Assistant United States Attorney, appearing), in the presence of Lorraine Gauli-Rufo, Esq., attorney for defendant George Hooker, for an order pursuant to Title 18, United States Code, Section 3143, modifying the conditions of release pending sentencing in the above-captioned matter, and the Court, having considered the matter and having heard the arguments of the parties, makes the following findings:

     1.  Defendant George Hooker has been on pre-trial release subject to conditions established by the Honorable Magistrate Judge Claire Cecchi on October 16, 2009;

     2.  Defendant George Hooker was indicted on September 25, 2009 for unlawful possession of a firearm in violation of Title 18, United States Code, Section 922(g)(1);

     3.  Defendant George Hooker pled guilty to the Indictment on May 18, 2010;

     4.  Having considered the factors set forth in Title 18, United States Code, Section 3143(a), the Court finds that the conditions of release currently in place, in combination with certain additional conditions specified below, appear sufficient to reasonably assure the appearance of the defendant at trial and to prevent danger to the Defendant and the safety of the community.

IT IS, therefore, on this 20th day of May 2010,

ORDERED, pursuant to Title 18, United States Code, Section 3143, that defendant George Hooker be continued on supervised release released subject to the conditions established on October 16, 2009, with the addition of the following conditions:

A. Defendant George Hooker will return to home confinement from any appointments prior to 4:00PM each day, unless specifically authorized by Pre-Trial Services;

B. Defendant George Hooker will avoid all contact with persons involved in controlled substance crimes;

C. Defendant George Hooker will only receive visitors from family members; and

D. No controlled substances of any kind will be permitted in the premises where defendant George Hooker is on home confinement.

IT IS FURTHER ORDERED that Pre-Trial Services will continue to monitor and supervise compliance by defendant George Hooker with the above-stated conditions.

        /s/ Faith S. Hochberg
HONORABLE FAITH S. HOCHBERG
United States District Judge